UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 19-10256-WGY |
| | ) | |
| DAMIEN BYNOE, | ) | |
| Defendant | ) | |

INFORMATION PURSUANT TO 21 U.S.C. § 851

Pursuant to Title 21, United States Code, Section 851, the United States files this Information giving notice that at the sentencing of defendant Damien Bynoe, the United States will seek increased punishment by reason of the following criminal conviction, which involved a "felony drug offense" as that term is defined in Title 21, United States Code, Section 802(44):

United States District Court, District of Massachusetts, Docket Number 08-10382 RWZ. Offense: Distribution of Cocaine Base in a School Zone, in violation of Title 21, United States Code, Section 841(a)(1). Date of Conviction: September 16, 2009.

As a result of that conviction, the defendant, Damien Bynoe, is subject to increased punishment under Title 21, United States Code, Section 841(b)(1)(C).

                Respectfully submitted,

                ANDREW E. LELLING
                United States Attorney

By:   /s/ Christopher Pohl
        Christopher Pohl
        Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non- registered participants.

                                            /s/ Christopher Pohl
                                            Christopher Pohl
                                            Assistant U.S. Attorney

Date: January 8, 2020